United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATRICE RASHUN SANDERS,

                  Plaintiff,

        v.

COSTCO WHOLESALE CORPORATION, et al.,

                Defendants.

Case No. 22-cv-02717-DMR

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE BY ZOOM VIDEO CONFERENCE**

Re: Dkt. Nos. 23 , 25

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **August 31, 2022 at 1:30 p.m.** by Zoom video conference.  Parties shall file a Joint Case Management Conference Statement by no later than **August 24, 2022.**   Parties shall comply with Judge Ryu's Standing Order re: Civil Case Management, available on the court's website.  Parties can find the static Zoom link to Judge Ryu's virtual Zoom courtroom at: https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

**IT IS SO ORDERED.**

Dated: August 18, 2022

_____

Donna M. Ryu
United States Magistrate Judge